COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-437-CV

IN RE DAVID JOYNER RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

Because this court has been informed that the underlying criminal proceeding has been dismissed, Relator’s petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL:  LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  January 19, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.